

Ryan Sirianni
Tel 212.801.6789
Fax 212.801.6400
Ryan.Sirianni@gtlaw.com

December 16, 2025

<u>Via ECF</u>

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit

      Re:    <u>East Fork Funding, LLC v. U.S. Bank N.A., et al.</u>, No. 23-659

Dear Ms. Wolfe:

Our firm represents Appellant in the above-referenced appeal.

Pursuant to FRAP 28(j), Appellant responds to the letters by Appellee filed on December 5, 2025 (Dkt. 153 and 154), and by the New York Office of the Attorney General filed on December 12, 2025 (Dkt. 158) regarding the New York Court of Appeals' decisions in *Article 13, LLC v. Ponce De Leon Federal Bank*, 2025 WL 3272351 (Nov. 25, 2025) and *Van Dyke v. U.S. Bank, N.A.*, 2025 WL 3272341 (Nov. 25, 2025).

First, while the New York Court of Appeals in *Article 13* found that Section 7 of FAPA did not violate Due Process under the New York Constitution, it made no findings regarding Due Process under the United States Constitution. Likewise, the New York Court of Appeals did not address the Takings Clause or Contracts Clause under the New York or United States Constitutions.

Although the *Van Dyke* court found that Sections 4 and 8 of FAPA did not violate the Due Process Clause and Contracts Clause under the United States Constitution, it did not address the Takings Clause under the New York or United States Constitutions. In addition, *Van Dyke* is distinguishable because there, the lender "chose to allow [the] prior foreclosure action to remain pending for more than a dozen years—more than double the six-year limitations period." 2025 WL 3272341, at *5. Because the subsequent action was not timely "under well-settled pre-FAPA law," court found the lender had "thus has not . . . demonstrat[ed] [FAPA]'s constitutional invalidity" as applied under those facts. *Id.* (quotations and citation omitted). Here, in contrast, the lender de-accelerated the loan within the six-year statute of limitations period.

**Greenberg Traurig, LLP | Attorneys at Law**
900 Stewart Avenue | Garden City, NY 11530 | T +1 516.629.9600 | F +1 516.706.8666

www.gtlaw.com

Page 2

                        Respectfully submitted,

                        */s/ Ryan Sirianni*

                        Ryan Sirianni, Esq.

Word count: 277

<u>cc:</u>

All counsel of record
(via ECF)